UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Criminal No. 23-3016 (TJB) |
| | : | |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| JESUS MANUEL DEJESUS | : | |

This matter having been brought before the Court on defendant's application for an order modifying the conditions of pretrial release to permit the defendant to leave his residence to attend a bowling event with his bible study group at Howell bowling Lanes on February 17, 2024; and the government and pretrial services having no objections; and for good cause shown;

IT IS ORDERED this __16th__ day of February 2024 that the defendant's conditions of release are modified to permit the defendant to leave his residence to attend the bowling event on February 17, 2024.

IT IS FURTHER ORDERED that all other conditions of pretrial release remain in effect.

_____
Tonianne J. Bongiovanni
United States Magistrate Judge